IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br><br>V.<br><br>8.80 ACRES OF LAND, MORE OR LESS, IN FREDERICK COUNTY, MARYLAND AND TIMOTHY PRY, ET UX., *et al.*,<br>            Defendants,<br><br>UNITED STATES OF AMERICA,<br>            Plaintiff<br><br>V.<br><br>42.61 ACRES OF LAND, MORE OR LESS, IN FREDERICK COUNTY, MARYLAND AND HEIRS OF ANNA CARROLL HORSEY, *et al.*,<br>            Defendants,<br><br>and<br><br>UNITED STATES OF AMERICA,<br>            Plaintiff<br><br>V.<br><br>19.75 ACRES OF LAND, MORE OR LESS, IN FREDERICK C0UNTY, MARYLAND AND THE HEIRS OF ERASMUS WEST, *et al.*,<br>            Defendants, | Civil JFM-97-4196 ✓<br>Civil JFM-97-4197<br>and<br>Civil JFM-93-2612<br><br>HON. J. FREDERICK MOTZ |

**<u>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT FOR CONDEMNATION</u>**

Upon consideration of plaintiff's Motion for Leave to File Amended Complaint for Condemnation in the above-captioned consolidated cases, IT IS BY THE COURT;

ORDERED that plaintiff is granted leave to file its Amended Complaint for Condemnation.

Entered this ___22nd___ day of February, 2000.

_____
HONORABLE J. FREDERICK MOTZ
United States District Judge